UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS V. LOPEZ,<br><br>                              Plaintiff,<br><br>v.<br><br>FLUIDRA USA LLC; ZODIAC POOL SYSTEMS LLC; COVER-POOLS INCORPORATED,<br><br>                              Defendants. | Case No.: 21cv0044 DMS (MDD)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR CM/ECF USER NAME AND PASSWORD** |

    This case comes before the Court on Plaintiff's motion for leave to participate in the CM/ECF filing system. Plaintiff requests leave to participate in the CM/ECF filing system in this case and "any future cases." Plaintiff has satisfied the rules for pro se litigants to gain access to the system, and thus, the Court grants his application for leave to participate in the CM/ECF filing system for this case. As for Plaintiff's motion for leave to participate in the CM/ECF filing system in "any future cases," that request is denied as it contravenes

/ / /

1

1  Section 2(b) of the Court's ECF Policies and Procedures, which states, "A pro se party
2  must seek leave to electronically file documents in each case filed."
3       **IT IS SO ORDERED**.
4  Dated: March 26, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court