UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS V. LOPEZ,<br><br>                           Plaintiff,<br><br>v.<br><br>FLUIDRA USA LLC; ZODIAC POOL SYSTEMS LLC; COVER-POOLS INCORPORATED,<br><br>                          Defendants. | Case No.: 21cv0044 DMS (MDD)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO DISMISS** |

In light of Defendants' Amended Answer, Affirmative Defenses and Counterclaim, Plaintiff's motion to dismiss is denied as moot.

**IT IS SO ORDERED**.

Dated: March 29, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court

1

21cv0044 DMS (MDD)